

John Steinkamp <

# Fax Message Transmission Result to +14045231678 - Sent
1 message

**RingCentral** <service@ringcentral.com>   Wed, Nov 14, 2012 at 1:13 PM
To: John Steinkamp

Here are the results of the 3-page fax you sent from your phone number

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| +14045231678 | +14045231678 | Wednesday, November 14, 2012 at 01:13 PM | Sent |

Your fax included the following file(s).

Rendered attachments:

| File Name | Rendering Result |
|---|---|
| Caulder, Bruce & Melody - Fisrt Financial Asset Mgmt, INC.pdf | Success |

Thank you for using RingCentral.



EXHIBIT 2

John T. Steinkamp
5218 S. East Street, Suite E1,
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320

# John T. Steinkamp & Associates
## Attorneys at Law



| | | | |
|---|---|---|---|
| **To:** | First Financial Asset Mgmt, INC | **From:** | John Steinkamp |
| **Fax:** | 404-523-1678 | **Pages:** | 2 (including Cover Letter) |
| **#:** | | **Date:** | 11-14-2012 |
| **Re:** | Bruce Edward & Melody Prince Caulder | **CC:** | |
| | XXX-XX-0614 & XXX-XX-5792 | | |

☒ **Urgent**   ☒ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code

# John Steinkamp & Associates

A Professional Corporation
5218 South East Street (U.S. 31 South), Ste E1, Indianapolis, IN 46227
Telephone: 317-780-8300  Fax: 317-217-1320
www.indybkattorney.com

November 14, 2012

Leading Edge Recovery Solutions
VIA FACSIMILE ONLY
404-523-1678

| | | |
|---|---|---|
| RE: | Our client: | Bruce Edward & Melody Prince Caulder |
| | Address: | 4104 Del Mar Lane, Plainfield, IN 46168 |
| | Social Security: | xxx-xx-0614 & xxx-xx-5792 |

Dear Sir or Madam:

    Please be advised that the consumer debtor/client referenced above has retained the services of John Steinkamp & Associates to assist in the matter of debt relief. The purpose of this letter is to provide you with written notice that our client is in fact and in law represented by my office for all debts that s/he may have. As a result of this notice, and pursuant to Section 1692(b)(5) of Title 15 of the United States Code and Section Statutes, you are to immediately terminate any further direct or indirect contacts with our client. Please note that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means. This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

    Upon receipt of this letter, any further direct or indirect contacts with our client will result in our office filing a claim against you pursuant to applicable state and/or federal laws.

    Please be advised that my client disputes the debt(s) upon which you are attempting to collect.

    Please direct all future communications to this office. Thank you for your time and attention.

Sincerely,

/s/ John T. Steinkamp
John Steinkamp
Attorney at Law
Indianapolis, IN