UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.
2. I have personal knowledge of the matters contained in this affidavit.
3. I am a consumer.
4. I incurred a debt primarily for personal, family, or household purposes.
5. Upon information and belief, the Defendant is a debt collection agency.
6. On January 7, 2013, I received a telephone call from an employee named Willie Washington who works for the Defendant.
7. During this telephone conversation, Mr. Washington attempted to collect an alleged debt from me.
8. During this telephone conversation, Mr. Washington told me that the telephone call was an attempt to collect an alleged debt.

I affirm under penalty of perjury that the foregoing representations are true and correct.

*/s/ Melody Caulder*
Melody Caulder

**EXHIBIT 3**